# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                                    4:12CR00014-013 SWW

TERRELL KEENER                                                    DEFENDANT

## ORDER

Pending before the Court is defendant's unopposed motion to continue the revocation

hearing scheduled August 10, 2017 until after the state case has been resolved.   The Court has

fully considered the motion and finds that, for good cause shown, the motion [doc #761] should

be and hereby is *granted*.

IT IS THEREFORE ORDERED that the supervised release revocation hearing will be

rescheduled *THURSDAY, OCTOBER 19, 2017 AT 1:30 P.M. IN COURTROOM #389.*

DATED this 8th day of  August 2017.

/s/Susan Webber Wright

United States District Judge